FILED

01/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0398

_____

BRADLEY BARTHEL,

     Plaintiff and Appellant,

  v.

                                    O R D E R

BARRETTS MINERALS INC., and JAMES
DELOSRIOS,

     Defendants and Appellees.

_____

Appellant has filed a motion for an extension of time to file his reply brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until February 12, 2021, within which to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2021